**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| AITANA VARGAS and FAYE HEMSLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELANCO ANIMAL HEALTH INCORPORATED,<br><br>Defendant. | Case No. 2:21-cv-02506-VAP-KS<br><br>**ORDER STAYING ALL PROCEEDINGS PENDING RESOLUTION OF MOTION FOR TRANSFER BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hon. Virginia A. Phillips<br><br>Complaint Filed: March 22, 2021<br>Waiver Requested: April 26, 2021<br>Response Deadline: June 25, 2021 |

**THIS CAUSE** comes before the Court on Defendant Elanco Animal Health Incorporated's Stipulation to Stay All Proceedings Pending Resolution of Motion for Transfer Before the Judicial Panel on Multidistrict Litigation, and the Court having considered the stipulation and all other relevant factors,

**IT IS HEREBY ORDERED** that:

The Stipulation is **GRANTED**. This case is stayed, pending resolution of the MDL petition currently pending before the JPML, and the deadline for Defendant to respond to Plaintiffs' Complaint is hereby stricken until further order of this Court.

Dated: June 16, 2021

Hon. Virginia A. Phillips
United States District Court Judge