ACCO,(KSx),CLOSED,DISCOVERY,STAYED,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:21−cv−02506−VAP−KS

Aitana Vargas et al v. Elanco Animal Health Incorporated
Assigned to: Judge Virginia A. Phillips
Referred to: Magistrate Judge Karen L. Stevenson
Demand: $5,000,000
 Related Case:  2:21−cv−02771−VAP−KS
Cause: 28:1332 Diversity−Fraud

Date Filed: 03/22/2021
Date Terminated: 08/30/2021
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Aitana Vargas**
*individually and on behalf of all others similarly situated*

represented by **George Volney Granade**
Reese LLP
8484 Wilshire Boulevard Suite 515
Los Angeles, CA 90211
310−393−0070
Fax: 212−253−4272
Email: ggranade@reesellp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Reese**
Reese LLP
100 West 93rd Street 16th Floor
New York, NY 10025
212−643−0500
Fax: 212−253−4272
Email: mreese@reesellp.com
*ATTORNEY TO BE NOTICED*

**Spencer Sheehan**
Sheen and Associates P.C.
60 Cuttermill Road Suite 409
Great Neck, NY 11021
516−268−7080
Fax: 516−234−7800
Email: spencer@spencersheehan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steffan T. Keeton**
The Keeton Firm LLC
100 South Commons Suite 102
Pittsburgh, PA 15212
888−412−5291
Email: stkeeton@keetonfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Faye Hemsley**<br>*individually and on behalf of all others*<br>*similarly situated* | represented by | **Michael R. Reese**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Spencer Sheehan**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steffan T. Keeton**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**George Volney Granade**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Elanco Animal Health Incorporated** | represented by | **Naoki S Kaneko**<br>Shook Hardy and Bacon LLP<br>Jamboree Center<br>5 Park Plaza Suite 1600<br>Irvine, CA 92614<br>949–475–1500<br>Fax: 949–475–0017<br>Email: nkaneko@shb.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2021 | Ï 1 | COMPLAINT Receipt No: ACACDC–30963442 – Fee: $402, filed by Plaintiffs Aitana Vargas, Faye Hemsley. (Attorney George Volney Granade added to party Faye Hemsley(pty:pla), Attorney George Volney Granade added to party Aitana Vargas(pty:pla))(Granade, George) (Entered: 03/22/2021) |
| 03/22/2021 | Ï 2 | CIVIL COVER SHEET filed by Plaintiffs Faye Hemsley, Aitana Vargas. (Granade, George) (Entered: 03/22/2021) |
| 03/22/2021 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Faye Hemsley, Aitana Vargas. (Granade, George) (Entered: 03/22/2021) |
| 03/22/2021 | Ï 4 | NOTICE of Interested Parties filed by Plaintiffs Faye Hemsley, Aitana Vargas, (Granade, George) (Entered: 03/22/2021) |
| 03/23/2021 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Consuelo B. Marshall and Magistrate Judge Karen L. Stevenson. (et) (Entered: 03/23/2021) |
| 03/23/2021 | Ï 6 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Elanco Animal Health Incorporated. (et) (Entered: 03/23/2021) |
| 03/23/2021 | Ï 7 | |

| | | |
|---|---|---|
| | | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Spencer Sheehan on behalf of Plaintiffs. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 03/23/2021) |
| 03/23/2021 | Ï 8 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Steffan Keeton on behalf of Plaintiffs. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 03/23/2021) |
| 03/24/2021 | Ï 9 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Consuelo B. Marshall. ORDER case returned to the Clerk for random reassignment pursuant to General Order 21–01. Case randomly reassigned from Judge Consuelo B. Marshall to Judge Virginia A. Phillips for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:21–cv–02506 VAP(KSx). (rn) (Entered: 03/24/2021) |
| 03/30/2021 | Ï 10 | APPLICATION of Non–Resident Attorney Spencer Sheehan to Appear Pro Hac Vice on behalf of Plaintiffs Faye Hemsley, Aitana Vargas (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–31015689) filed by Plaintiffs Faye Hemsley, Aitana Vargas. (Attachments: # 1 Proposed Order) (Granade, George) (Entered: 03/30/2021) |
| 03/31/2021 | Ï 11 | STANDING ORDER upon filing of the complaint by Judge Virginia A. Phillips. (cch) (Entered: 03/31/2021) |
| 03/31/2021 | Ï 12 | ORDER by Judge Virginia A. Phillips: granting 10 Non–Resident Attorney Spencer Sheehan APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs Aitana Vargas, Faye Hemsley, designating George V Granade as local counsel. (bm) (Entered: 04/01/2021) |
| 04/22/2021 | Ï 13 | APPLICATION of Non–Resident Attorney Steffan T. Keeton to Appear Pro Hac Vice on behalf of Plaintiffs Faye Hemsley, Aitana Vargas (Pro Hac Vice Fee – $500 Previously Paid on 4/22/2021, Receipt No. 31165835) filed by Plaintiff Faye Hemsley, Aitana Vargas. (Attachments: # 1 Proposed Order) (Granade, George) (Entered: 04/22/2021) |
| 04/26/2021 | Ï 14 | ORDER by Judge Virginia A. Phillips: granting 13 Non–Resident Attorney Steffan T Keeton APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs Aitana Vargas, Faye Hemsley, designating George V Granade as local counsel. (bm) (Entered: 04/27/2021) |
| 06/15/2021 | Ï 15 | STIPULATION to Stay Case pending All Proceedings Pending Resolution of Motion for Transfer Before the JPML filed by Defendant Elanco Animal Health Incorporated. (Attachments: # 1 Declaration Laura Sexton, # 2 Proposed Order)(Attorney Naoki S Kaneko added to party Elanco Animal Health Incorporated(pty:dft))(Kaneko, Naoki) (Entered: 06/15/2021) |
| 06/15/2021 | Ï 16 | NOTICE of Interested Parties filed by Defendant Elanco Animal Health Incorporated, identifying T. Rowe Price Associates, Inc. and Bayer AG. (Kaneko, Naoki) (Entered: 06/15/2021) |
| 06/16/2021 | Ï 17 | ORDER STAYING ALL PROCEEDINGS PENDING RESOLUTION OF MOTION FOR TRANSFER BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 15 by |

| | | | |
|---|---|---|---|
| | | | Judge Virginia A. Phillips. The Stipulation is GRANTED. This case is stayed, pending resolution of the MDL petition currently pending before the JPML, and the deadline for Defendant to respond to Plaintiffs' Complaint is hereby stricken until further order of this Court. (lom) (Entered: 06/17/2021) |
| 08/30/2021 | Ï | 18 | Transfer Order from the United States Judicial Panel on Multidistrict Litigation, MDL 3009, transferring case to USDC, Northern District of Illinois and assigned to Honorable Honorable John R. Blakey. Case transferred electronically. (MD JS−6. Case Terminated.) (yl) (Entered: 08/31/2021) |