

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Re: Aitana Vargas et al v. Elanco Animal Health Incorporated

USDC Number: 21cv4476

MDL Number: 3009

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Central California. The case number assigned to the above case is 21cv4476. Judge John Robert Blakey is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By: N. Finley
Deputy Clerk