# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Vargas v. Elanco Animal Health, Inc.

Case Number: 1:21-cv-04476

An appearance is hereby filed by the undersigned as attorney for:
Elanco Animal Health, Inc.

Attorney name (type or print): John P. Mandler

Firm: Faegre Drinker Biddle & Reath LLP

Street address: 2200 Wells Fargo Center, 90 S Seventh St

City/State/Zip: Minneapolis, MN 55402

Bar ID Number: 194438
(See item 3 in instructions)

Telephone Number: (612) 766-7000

Email Address: John.Mandler@FaegreDrinker.com

Are you acting as lead counsel in this case? [✓] Yes [ ] No

Are you acting as local counsel in this case? [ ] Yes [✓] No

Are you a member of the court's trial bar? [ ] Yes [✓] No

If this case reaches trial, will you act as the trial attorney? [✓] Yes [ ] No

If this is a criminal case, check your status.
[ ] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you
[ ] Federal Defender
[ ] CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/16/2021

Attorney signature: S/ John P. Mandler
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015